**FILED**

DEC 1 8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

               Plaintiff,

    vs.

SHANTANNA HARRISON

               Defendant.

CASE NO. 1:08-CR-00304 LAO

ORDER TO RECALL WARRANT

On December 16, 2008, the above named defendant, filed a Notice of Consent to transfer case for plea and sentence in the Western District of Louisiana. The warrant of arrest issued on October 9, 2008 is hereby RECALLED.

    IT IS SO ORDERED.

Dated: December 18, 2008

HONORABLE LAWRENCE J. O'NEILL
US DISTRICT JUDGE

1