DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL W. HILL, Bar #151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SHANTANNA HARRISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>　　v.<br><br>SHANTANNA HARRISON,<br><br>　　　　　*Defendant.* | No. 1:08-cr-00304 LJO<br><br>WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON<br><br>Hon. Lawrence J. O'Neill |

　　　　The undersigned defendant, SHANTANNA HARRISON, having been advised of her right to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this cause, including but not limited to, status conference, motions hearing, trial setting, and/or when a continuance is ordered, hereby waives the right to be present at said hearings. She requests the Court to allow her attorney to make such appearances on her behalf and to request the Court to set a motions schedule and/or schedule the matter for trial, including such hearings as may be appropriate at a time mutually convenient to the Court and counsel. Defendant further hereby requests the Court to proceed during every absence of hers which the Court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if defendant were personally present.

///

1  Defendant makes this request because she resides in Louisiana. Due to the time, distance and
2  expense involved, travel to Fresno for court appearances would be both a financial and personal hardship.
3  Defendant wishes to limit the number of personal court appearances and minimize the time and expense of
4  travel to Fresno.
5  This request is made pursuant to Fed.R.Crim.P. 45(b)(3).
6  DATED: August 1, 2011

   /s/ Shantanna Harrison
   SHANTANNA HARRISON
   Defendant
   (Original signature maintained in file)

   /s/ Rachel W. Hill
   RACHEL W. HILL
   Assistant Federal Defender
   Attorney for Defendant
   Shantanna Harrison

# O R D E R

GOOD CAUSE APPEARING, Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

**Dated:   August 4, 2011**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE