1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHEL W. HILL, Bar #151522
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

   Attorney for Defendant
   SHANTANNA HARRISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:08-cr-00304 LJO |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE HEARING; AND ORDER |
| | ) | |
| SHANTANNA HARRISON, | ) | DATE:  October 21, 2011 |
| | ) | TIME:  8:45 A.M. |
| Defendant. | ) | JUDGE: Hon. Lawrence J. O'Neill |
| | ) | |

   **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-entitled matter scheduled for September 2, 2011, **may be continued to October 21, 2011, at 8:45 a.m.**, and set for a change of plea.

   The continuance is requested due to a combination of factors.  The government and the defense are finalizing the specifics of a plea agreement, the defendant will be traveling from Louisiana and needs sufficient time to arrange for reasonably affordable transportation, and defense counsel is scheduled to be out of state from September 23 through October 7, 2011.  Therefore, the 1st Friday upon which the availability of both counsel can reasonably be assured is the 28th of October, 2011.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

The parties agree that the delay resulting from the continuance shall be excluded because the ends of justice served by continuing this case outweigh the best interests of the public and the defendant in a speedy trial in that additional time is necessary for effective defense preparation.  18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

                        BENJAMIN B. WAGNER  
                        United States Attorney

DATED: August 31, 2011        /s/ Stanley A. Boone  
                        STANLEY A. BOONE  
                        Assistant U.S. Attorney  
                        Attorney for Plaintiff

                        DANIEL J. BRODERICK  
                        Federal Defender

DATED: August 31, 2011        /s/ Rachel W. Hill  
                        RACHEL W. HILL  
                        Assistant Federal Defender  
                        Attorney for Defendant  
                        Shantanna Harrison

**O R D E R**

**Good cause exists.  Time is excluded for the reasons stated in the stipulation.**

IT IS SO ORDERED.

**Dated:   August 31, 2011**            /s/ Lawrence J. O'Neill  
                                      UNITED STATES DISTRICT JUDGE